UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on November 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:
  THOMAS M LENAHAN
  FLORENCE M LENAHAN

Case No.:  19-19573SLM

Hearing Date:  11/13/2019

Judge:  STACEY L. MEISEL

# INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: November 14, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  THOMAS M LENAHAN
FLORENCE M LENAHAN

Case No.: 19-19573SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 11/13/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $2,500.00 from the tax refund by 11/27/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that Debtor must provide the Trustee with proof of homeowner's insurance by 11/27/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that Debtor must provide the Trustee with verification of who is paying post-petition real estate taxes by 11/27/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 12/11/2019 at 8:30 a.m..