Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19573−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas M Lenahan | Florence M Lenahan |
| 111 Roosevelt Ave. | 111 Roosevelt Ave. |
| Westwood, NJ 07675 | Westwood, NJ 07675 |

Social Security No.:
   xxx−xx−9745                                        xxx−xx−6733

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 4, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 4, 2019
JAN: rah

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
      District of New Jersey

In re:                                                          Case No. 19-19573-SLM
Thomas M Lenahan
Florence M Lenahan                                              Chapter 13
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Dec 04, 2019
                              Form ID: 148             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db/jdb         +Thomas M Lenahan,    Florence M Lenahan,    111 Roosevelt Ave.,    Westwood, NJ 07675-2316
cr             +Shellpoint Mortgage Servicing as servicer for MTGL,    Hill Wallack LLP,    21 Roszel Road,
                 Princeton, NJ 08540-6669
518269548      +Broadway Dental Assoc,   c/o David B Watner, Esq,    1129 Bloomfield Ave #208,
                 West Caldwell, NJ 07006-7123
518238415      +Broadway Dental Associates,    10 Fairview Ave.,    Westwood, NJ 07675-2225
518238417      +Continental Finance Co,   Po Box 8099,    Newark, DE 19714-8099
518238419      +David B. Watner,   1129 Bloomfield Ave., Suite 208,    Caldwell, NJ 07006-7123
518238420      +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
518238421      +First Nataional Bank/Legacy,    Attn: Bankruptcy,   Po Box 5097,    Sioux Falls, SD 57117-5097
518238423      +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
518238424      +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
518238425      +Gem Recovery Systems,    800 Kinderkamack Rd Ste,    Oradell, NJ 07649-1534
518238426       Hartmann, Doherty, Rosa, Berman & Bulbul,    65 Route 4 East,    Suite 6,    Hackensack, NJ 07601
518259186      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
518360684       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC, 29603-0826
518262100      +North Jersey Orthopaedic Specialists, PA,    c/o GEM Recovery Systems,
                 800 Kinderkamack Road, Suite 206N,    Oradell, NJ 07649-1554
518238433      +Rebenack, Aronow & Mascola, LLP,    111 Livingston Ave.,    New Brunswick, NJ 08901-2411
518358638       Resurgent Capital Services as agent for Via Novus,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518238431     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
518238434      +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518238435      +Smart Products, Inc.,    644 Fanning Fields Road,    Mills River, NC 28759-3427
518318779      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
518238437      +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
518238438       Wayne Dalton Corp.,    One Door Drive,   Mount Hope, OH 44660
518272330      +Wayne-Dalton, a Division of Overhead Door Corp.,    c/o Jason N. Bing, Esq.,
                 6370 Mt. Pleasant Street NW,    North Canton, Ohio 44720-5310
518238439      +ZWave Products, Inc.,    70 Commercial Ave.,    Moonachie, NJ 07074-1700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 23:44:59      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 23:44:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518322506      +EDI: ATLASACQU.COM Dec 05 2019 04:18:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518238414      +EDI: BANKAMER2.COM Dec 05 2019 04:18:00      Bank of America,    100 North Tryon Street,
                 Charlotte, NC 28255-0001
518238416      +EDI: CAPITALONE.COM Dec 05 2019 04:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84110-0285
518238418      +EDI: CCS.COM Dec 05 2019 04:18:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
518238422      +EDI: AMINFOFP.COM Dec 05 2019 04:18:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
518238427      +EDI: IRS.COM Dec 05 2019 04:18:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518360432       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 23:46:22      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518325574       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 23:47:52      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518238428      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 23:47:08
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518257187       E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 04 2019 23:46:07      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518309621      +EDI: MID8.COM Dec 05 2019 04:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518238429      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 04 2019 23:47:35
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518238430      +EDI: MID8.COM Dec 05 2019 04:18:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518289385       EDI: PRA.COM Dec 05 2019 04:18:00      Portfolio Recovery Associates, LLC,
                 C/Ocapital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518341937       EDI: PRA.COM Dec 05 2019 04:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Dec 04, 2019
                              Form ID: 148             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518238432         +EDI: PRA.COM Dec 05 2019 04:18:00      Portfolio Recovery,    Po Box 41021,
                   Norfolk, VA 23541-1021
518316775         +EDI: JEFFERSONCAP.COM Dec 05 2019 04:18:00      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518316775         +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 04 2019 23:45:14      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518238436          EDI: TDBANKNORTH.COM Dec 05 2019 04:18:00      TD Bank, NA,    1701 Route 70 East,
                   Cherry Hill, NJ 08003
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518361370*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                    (address filed with court:   Portfolio Recovery Associates, LLC,
                    C/Ocapital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541)
518267878*        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                    TRENTON NJ 08646-0245
                    (address filed with court:   State of New Jersey,    Division of Taxation Bankruptcy,   PO Box 245,
                    Trenton, NJ 08695)
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              David L. Stevens    on behalf of Joint Debtor Florence M Lenahan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Debtor Thomas M Lenahan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Elizabeth K. Holdren    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for
               MTGLQ Investors, L.P. eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor    MEB Loan Trust IV kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Richard James Tracy, III    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for
               MTGLQ Investors, L.P. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```