Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19−19573−SLM
                    Chapter: 13
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas M Lenahan | Florence M Lenahan |
| 111 Roosevelt Ave. | 111 Roosevelt Ave. |
| Westwood, NJ 07675 | Westwood, NJ 07675 |

Social Security No.:
  xxx−xx−9745                                   xxx−xx−6733

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 9, 2020</u>                  <u>Stacey L. Meisel</u>
                                                Judge, United States Bankruptcy Court